UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BERNIE MALIXI and KATHERINE A. MALIXI,

        Plaintiffs,

  v.

U.S. BANK, N.A., DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., DSL SERVICE COMPANY, a California corporation, FCI LENDER SERVICES, and DOES 1-10 inclusive,

        Defendants.
_____/

IN RE CLIFFORD B. SCHERER
_____/

NO. CIV. 2:12-1749 WBS CKD

ORDER TO SHOW CAUSE RE: CONTEMPT

----oo0oo----

        It its Order of August 9, 2012 (Docket No. 7.), the court gave plaintiffs' attorney Clifford B. Scherer ten days to either (1) pay sanctions in the amount of $1000.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining

1

1 | his failure to comply with Local Rule 230(c).  Over ten days have
2 | passed, and plaintiffs' attorney has neither paid the sanctions
3 | nor submitted any statement explaining his failure to comply with
4 | local rules.
5 |      IT IS THEREFORE ORDERED that Mr. Scherer appear
6 | personally on September 10, 2012, in Courtroom No. 5 of this
7 | court at 2 p.m. to show cause why he should not be adjudged in
8 | contempt of court.
9 | DATED:    August 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE