UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BERNIE MALIXI and KATHERINE A. MALIXI, | NO. CIV. 2:12-1749 WBS CKD |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE RE: CONTEMPT |
| U.S. BANK, N.A., DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., DSL SERVICE COMPANY, a California corporation, FCI LENDER SERVICES, and DOES 1-10 inclusive, | |
| Defendants. / | |
| IN RE CLIFFORD B. SCHERER _____/ | |

----oo0oo----

It its Order of August 9, 2012 (Docket No. 7.), the court gave plaintiffs' attorney Clifford B. Scherer ten days to either (1) pay sanctions in the amount of $1000.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining

1

his failure to comply with Local Rule 230(c).  Over ten days have passed, and plaintiffs' attorney has neither paid the sanctions nor submitted any statement explaining his failure to comply with local rules.

        IT IS THEREFORE ORDERED that Mr. Scherer appear personally on September 10, 2012, in Courtroom No. 5 of this court at 2 p.m. to show cause why he should not be adjudged in contempt of court.

DATED:     August 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2